IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD L. GRAY ) | NO. 4:07CV3249 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXTENDING DEFENDANTS' |
| ) | DEADLINE TO DISCLOSE EXPERTS |
| BNSF RAILWAY COMPANY, ) | |
| a Delaware corporation and ) | |
| BROWN'S CREW CAR OF WYOMING ) | |
| INC., d/b/a ARMADILLO EXPRESS, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER comes before the Court upon Defendants' Motion to Extend Deadline to Disclose Experts (filing 40).  Upon consideration of the Motion,

IT IS HEREBY ORDERED that the motion is granted and Defendants BNSF Railway Company and Brown's Crew Car of Wyoming, Inc., d/b/a Armadillo Express, are granted an extension until September 2, 2008 to disclose their expert witnesses.

July 18, 2008.            BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge