IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3249 |
| | ) | |
| V. | ) | |
| | ) | CORRECTED |
| BNSF RAILWAY COMPANY, A | ) | ORDER |
| Delaware Corporation, and BROWN'S | ) | |
| CREW CAR OF WYOMING, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On the oral motion of **plaintiff's** counsel,

IT IS ORDERED that the pretrial conference is rescheduled to **1:30 p.m.** on Wednesday, September 3, 2008, in Judge Kopf's chambers.

August 26, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge