IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD L. GRAY, | ) |
| | )    4:07CV3249 |
| Plaintiff, | ) |
| | ) |
| vs. | )    **ORDER** |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| a Delaware corporation, and | ) |
| BROWN'S CREW CAR OF WYOMING, | ) |
| INC., d/b/a ARMADILLO EXPRESS, | ) |
| | ) |
| Defendants. | ) |

Defendants have filed a motion in limine in this case. It appears that the court should defer consideration of such motion until at or about time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

IT IS ORDERED that Defendants' motion in limine (filing 44) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

October 7, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge