IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | 4:07CV3249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| BNSF RAILWAY CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

(1) The **plaintiff's** opposed motion to continue trial (filing 57) is granted.

(2) The trial of this matter is continued until further order of the court.

(3) This matter is referred to Magistrate Judge Piester for rescheduling trial.

(4) The Clerk of Court shall provide a copy of this order to Magistrate Judge Piester.

October 21, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge