IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3249 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, A | ) | ORDER |
| Delaware Corporation, and BROWN'S | ) | |
| CREW CAR OF WYOMING, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the jury trial of this case is rescheduled to March 30, 2009, at 9:00 a.m., for four days, before the undersigned United States district judge, as the number one case before all criminal and civil cases, in Lincoln, Nebraska.

    October 28, 2008.

                                        BY THE COURT:

                                        *S/Richard G. Kopf*
                                        United States District Judge