IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3249 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, and BROWN'S CREW CAR OF WYOMING, INC., | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

    This matter is before the court upon Plaintiff's motion for leave of court to take a Fed. R. Civ. P. 30(b)(6) deposition (filing 83). The court, having been fully advised in the premises, hereby grants Plaintiff's motion for leave.

    IT IS ORDERED that Plaintiff is granted leave to take a 30-minute Fed. R. Civ. P. 30(b)(6) telephonic deposition of the person at BNSF Railway Company most knowledgeable on the following issues:

1. Has Plaintiff been released to return to work as a conductor without restrictions by the BNSF Medical Department;

2. On what information did the representative of Defendant BNSF Railway Company's Medical Department base his, her or its decision to release Plaintiff to return to work as a conductor without restrictions;

3. Will Plaintiff be allowed to continue to work as a conductor in his current medical condition.

March 23, 2009.

                                                          BY THE COURT:
                                                          s/*Richard G. Kopf*
                                                          United States District Judge