IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3249 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, a | ) | **ORDER** |
| Delaware Corporation, and | ) | |
| BROWN'S CREW CAR OF | ) | |
| WYOMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon Defendants' supplemental motion in limine (filing 72) and the parties' joint motion for expedited resolution of Defendants' supplemental motion in limine (filing 80). Having reviewed the matter, the court concludes that Defendants' supplemental motion in limine (filing 72) shall be denied. However, this ruling is without prejudice to consideration of specific objections to specific portions of the disputed evidence at trial.

IT IS ORDERED:

1. The parties' joint motion for expedited resolution of Defendants' supplemental motion in limine (filing 80) is granted;

2. Defendants' supplemental motion in limine (filing 72) is denied.

March 23, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge