IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3249 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, a | ) | **ORDER** |
| Delaware Corporation, and | ) | |
| BROWN'S CREW CAR OF | ) | |
| WYOMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court upon Defendants' motion to strike and objection to exhibits (filing 89). Specifically, Defendants request that Plaintiff's supplemental index of evidence in support of Plaintiff's brief in opposition to Defendants' supplemental motion in limine (filing 87) and Plaintiff's supplement to Plaintiff's motion for leave of court to take a Fed. R. Civ. P. 30(b)(6) deposition (filing 88) be stricken. The court finds that Defendants' motion (filing 89) should be denied.

    Accordingly,

    IT IS ORDERED that Defendants' motion to strike and objection to exhibits (filing 89) is denied.

    March 23, 2009.

                                                BY THE COURT:
                                                s/*Richard G. Kopf*
                                                United States District Judge