IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. GRAY, | ) | 4:07CV3249 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY COMPANY and | ) | |
| BROWN'S CREW CAR OF | ) | |
| WYOMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion in limine regarding trial deposition objections (filing 92) is denied without prejudice to the court ruling on Defendants' objections if and when the deposition testimony is offered at trial.

March 25, 2009.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge